UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WESSAM M. SALEM, | : |
| Petitioner, | : Civil Action No. 09-3013 (PGS) |
| v. | : O R D E R |
| STATE OF NEW JERSEY, | : |
| Respondent. | : |

An Application for Writ of Habeas Corpus having been filed in the above action pursuant to 28 U.S.C. § 2241;

IT IS on this ___6___ day of ___January___, ~~2009~~ 2010,

ORDERED that the Clerk shall serve a copy of the Petition and this Order by certified mail, return receipt requested, upon Respondent and upon the Warden of the Middlesex County Adult Correctional Center, New Brunswick, NJ; and it is further

ORDERED the Clerk shall forward, electronically or by regular mail, a copy of the Petition and this Order to the Chief, Civil Division, United States Attorney's Office, 970 Broad Street, Room 700, Newark, NJ 07102; and it is further

ORDERED that, within 45 days of the date of the entry of this Order, Respondent shall electronically file an answer which responds to the allegations of the Petition paragraph by paragraph; and it is further

ORDERED that the answer shall state the statutory authority for Petitioner's detention, see 28 U.S.C. § 2243; and it is further

ORDERED that Respondent shall electronically file with the answer certified copies of the administrative record and all documents relating to Petitioner's claim; and it is further

ORDERED that, within 30 days of receipt of the answer, Petitioner shall file and serve a reply to the answer; and it is further

ORDERED that, within 7 days of Petitioner's release, Respondent shall electronically file a written notice of the same with the Clerk; and it is finally

ORDERED that the Clerk shall also serve this Order on Petitioner by regular mail.

1/6/10

PETER G. SHERIDAN
United States District Judge